

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00237-CV

**MARY ALICE EMANUEL, ERVIN MITCHEL EMANUEL, SHIRLEY ANN RIVERS, JAMES EDWARD EMANUEL, ROY LEONARD EMANUEL, CLAUDIA FAY HASHEMI AND EVELYN M. DUPLESSIS,**

                                                            **Appellants**

 **v.**

**DARRELL EARL EMANUEL AND CEDRIC ROYDELL EMANUEL,**

                                                            **Appellees**

## And

## No. 10-15-00138-CV

## IN THE MATTER OF HELEN C. WOOTEN, CSR

_____

**From the 87th District Court
Leon County, Texas
Trial Court No. 0-10-465**

---

### O R D E R

---

On April 13, 2015, commencing at 10:00 a.m., a hearing was held in the Tenth

Court of Appeals regarding the delay in filing the reporter's record in *Emanuel v.*

*Emanuel*, 10-14-00237-CV. On March 24, 2015 Helen Wooten was served by personal service with an Order to Show Cause to explain her delay in filing the reporter's record in the referenced appeal. Helen Wooten appeared in person, Appellants (Mary Alice Emanuel, Ervin Mitchel Emanuel, Shirley Ann Rivers, James Edward Emanuel, Roy Leonard Emanuel, Claudia Fay Hashemi and Evelyn M. Duplessis) and Appellees (Darrell Earl Emanuel and Cedric Roydell Emanuel) appeared by counsel.

The Court reviewed the following history of complaints and orders regarding Helen Wooten:

1. Complaint filed by Honorable J.D. Langley regarding the reporter's record for *Phillips v. State,* 10-09-00260-CR;

2. A Board recommendation for the format of a report required by Rule 13.4 for September 2013 received by transmittal letter dated October 6, 2013. This report was the most recent TEX. R. APP. PROC. 13.4 report received by the Tenth Court of Appeals from Helen Wooten;

3. A commitment order and judgment of contempt in *Brewer v. Lowe's*, 12-14-00155-CV regarding the failure of Helen Wooten to timely file a record in that proceeding.

Additionally, the Court reviewed the timelines of records filed by Helen Wooten in proceedings pending in the Tenth Court of Appeals for cases filed in calendar years 2012, 2013, and 2014 as follows:

| Style | Docket No. | Date Due | Date Rec'd | Delay in Months |
|---|---|---|---|---|
| *Brackens v. Triton Energy* | 10-12-00079-CV | 03/19/12 | 08/13/12 | 5 |
| *Eggins v. State* | 10-12-00206-CR | 09/21/12 | 03/07/13 | 6 |
| *Harris v. State* | 10-12-00254/255-CR | 08/20/12 | 02/26/13 | 6 |
| *Jackson v. State* | 10-12-00483-CR | 02/12/13 | 08/19/13 | 8 |
| *In the Interest of K.P., a child* | 10-13-00108-CV | 04/11/13 | 07/16/13 | 3 |
| *Maddux v. Reid* | 10-13-00174-CV | 07/08/13 | 07/17/14 | 12 |
| *TC&C Real Estate v. Sherrod* | 10-13-00385-CV | 12/02/13 | 03/31/14 | 4 |

| | | | | |
|---|---|---|---|---|
| *Thibodeaux v. State* | 10-13-00466-CR | 04/21/14 | 12/04/14 | 7 |
| *Gardner v. State* | 10-14-00041-CR | 04/01/14 | 01/27/15 | 10 |
| *Big Creek Const. v. Kamp* | 10-14-00046-CV | 03/18/14 | 07/07/14 | 4 |
| *Salais v. Mexia State School* | 10-14-00152-CV | 06/24/14 | 10/15/15 | 4 |
| *Emanuel v. Emanuel* | 10-14-00237-CV | 09/15/14 | 03/06/15 | 6 |
| **TOTAL** | | | | 75 |

After hearing from counsel for appellants and appellees, the Court solicited an explanation from Helen Wooten for the late filing of the record in *Emanuel v. Emanuel*, 10-14-00237-CV. The justices asked additional questions and received additional explanations in an effort to understand Helen Wooten's explanation for the late-filed record in *Emanuel v. Emanuel* as well as for other late filings generally.

The hearing was recessed for the Court to deliberate. Upon reconvening the Court made the following observations:

1. During 2012, 2013, and 2014, the Court did not timely receive a single reporter's record from Helen Wooten. In every appeal the Court sent at least one notice that the reporter's record was past due. [1]

2. The cumulative amount of time for all the late records filed with the Tenth Court of Appeals by Helen Wooten was approximately 75 months.

3. Much of the delay in timely filing records has been the result of communication failures, some of which were the result of contact information that was either inaccurate or that were not routinely and timely monitored by Helen Wooten.

4. Helen Wooten provided the following current contact information:

    a. Mailing address: P.O. Box 990, Fairfield, Texas 75840
    b. Cell phone number: 972/489-2698
    c. Email address: helenwooten@windstream.net

The Court now renders the following warnings, admonitions, and orders:

---

[1] The referenced review and observations did not include reporter's records for proceedings transferred to other courts of appeals pursuant to docket equalization orders for which no reporter's record was required.

1. Helen Wooten is ordered to provide the Court copies of every order which has been issued against her by the Judicial Branch Certification Commission and any of its predecessors during the past 10 years. The copies are ordered to be provided to the Court by May 15, 2015;

2. Helen Wooten is ordered to prepare the report required by TEX. R. APP. PROC. 13.4 no later than the fifth business day of the month for the immediately preceding month and is ordered to deliver the report to the trial court judge for the 87th Judicial District and file a copy with the Tenth Court of Appeals by the 15th day of each month;

3. Helen Wooten is warned that late records will not be tolerated and that the timely filing of records is imperative;

4. Helen Wooten is admonished to communicate more effectively, and in particular, file a motion requesting an extension of time <u>before the due date</u> for a record, whether the due date is set by rules of appellate procedure, notice from the clerk of the Court, order of this Court or the trial court, or by agreement.

5. Helen Wooten is admonished to seek the assistance of other court reporters regarding the equipment, software, and training necessary to timely file reporter's records with this or any other court.

6. Helen Wooten is ordered to use her best efforts to cause the websites for Freestone, Limestone, Leon, and Anderson Counties, as well as any website for the 87th District Court, to accurately reflect contact information for Helen Wooten.

7. Helen Wooten is ordered to timely respond to communications from this Court, the trial court, and parties to any proceeding for which she acted as the court reporter. For purposes of this order, "timely respond" means within three business days of the date the communication was delivered to any of the addresses or numbers she has designated as current contact information noted above.

8. The Clerk of this Court is ordered to file a copy of this order with the Judicial Branch Certification Commission as a formal complaint.

The Clerk of this Court is ordered to create a new proceeding styled: *In the Matter of Helen C. Wooten CSR*, and place therein copies of the following documents from *Emanuel v. Emanuel*, 10-14-00237-CV:

1. Notice of appeal;
2. Notice (10/06/14);
3. Letter from Judge Evans (12/18/14);
4. Notice (02/11/15);
5. Letter from Helen Wooten (02/25/15);
6. Order (03/03/15);
7. Show Cause Order and Citation & Notice of Hearing (03/19/15);
8. Letter to Judge Evans (04/01/15);
9. Letter to the parties (04/09/15);
10. Response of Appellant (04/10/15);
11. Letter from Helen Wooten with JBCC Compliance Order (04/13/15); and
12. This Order.

*In the Matter of Helen C. Wooten CSR*, cause number 10-15-00138-CV is severed from *Emanuel v. Emanuel*, 10-14-00237-CV.

*In the Matter of Helen C. Wooten CSR* will remain pending until further order of this Court.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed April 16, 2015

